FILED

01/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0574

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0574

IN RE THE PARENTING OF L.M.A.R. and N.R.R.;

JESSE E. REHBEIN,
            Petitioner/Appellant,
and

DANIELLE C. BUCK,
            Respondent/Appellant,

ANNETTE REHBEIN and DOUG REHBEIN,
            Intervenors/Third Party Parents/Appellees

**ORDER**

Upon consideration of Appellee's Unopposed Motion to Supplement the Record on Appeal, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Motion is granted and the record on appeal shall be supplemented with the following Eleventh Judicial District Court files:

1. *In re the Guardianship of L.M.A.R.,* Cause No. DG-18-073(A);

2. *In re the Guardianship of N.R.R.,* Cause No. DG-18-075(A);

3. *State v. Rehbein,* Cause No. DC-2018-064;

4. *State v. Rehbein,* Cause No. DC-2017-491;

5. *State v. Rehbein,* Cause No. DC-2017-320.

c:     Peg Allison, Clerk of Court, Eleventh Judicial District
       Kevin S. Brown and Erin E. Harris, Attorneys for Jesse Rehbein/Danielle Buck
       Emily von Jentzen, Attorney for Annette Rehbein/Doug Rehbein

ORDER                                      1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2024